**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DENNIS MONCADA MOLINA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-701-PRW |
| | ) | |
| SCARLET GRANT, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On May 19, 2026, Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation recommending that the Court grant the United States' Motion to Dismiss Petition for Writ of Habeas Corpus (Dkt. 7) and dismiss Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1) because Petitioner has been released on bond. Judge Maxfield advised the parties of their right to object to the Report and Recommendation by June 2, 2026, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72(b), and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[1]

To date, neither party has filed objections. The parties have therefore waived their right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[2] In the absence of a timely objection, the Court reviews the Report and

[1] R. & R. (Dkt. 8), at 5–6.

[2] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996).

Recommendation to confirm that there is no plain error on the face of the record.[3] Finding, none, the Court agrees with Judge Maxfield's analysis and conclusions.

For the foregoing reasons, the Court **ADOPTS** the Report and Recommendation (Dkt. 8) and **GRANTS** the Motion (Dkt. 7). The Court **DISMISSES** Petitioner's Petition (Dkt. 1) as moot.

**IT IS SO ORDERED** this 17th day of August 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[3] *Summers v. State of Utah*, 927 F.2d 1165, 1167–68 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").